IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01702-RPM

MARIE ANDERSON,

    Plaintiff,

v.

CHERRY CREEK NORTH BUSINESS IMPROVEMENT DISTRICT and
JULIE BENDER, CHERRY CREEK NORTH BUSINESS IMPROVEMENT DISTRICT
PRESIDENT AND CEO,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Order of Dismissal Pursuant to Fed.R.Civ.P. 12(b)(6) and 12(b)(1) entered by Senior Judge Richard P. Matsch on December 14, 2011, it is

ORDERED AND ADJUDGED that the first, third and ninth claims for relief are dismissed under Fed.R.Civ.P. 12(b)(6) and it is

FURTHER ORDERED AND ADJUDGED that the remaining claims are dismissed, without prejudice, under Fed.R.Civ.P. 12(b)(1).

DATED:   December 14, 2011

FOR THE COURT:

GREGORY C. LANGHAM, Clerk

s/M. V. Wentz
By_____
Deputy